KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6765
    Facsimile: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: 3 06 70385 MEJ |
| Plaintiff, | ) | |
| v. | ) | APPLICATION TO UNSEAL |
| | ) | COMPLAINT AND ORDER |
| THOMAS F. KELLY, | ) | |
| Defendant. | ) | |

The Court previously sealed the complaint in this case. Kelly since has been arrested, and the United States asks the Court to unseal the complaint.

Dated:                        Respectfully submitted,

                                    KEVIN V. RYAN
                                    United States Attorney

DATED: July 12, 2006

                                    LAUREL BEELER
                                    Assistant United States Attorney

For good cause shown, the Clerk of the Court is directed to unseal the complaint..

IT IS SO ORDERED.

DATED: 7/18/06

                                    United States Magistrate Judge
                                    Edward M. Chen
                                    United States Magistrate Judge

APPLICATION AND ORDER (CR 3 06 70385 MEJ)