KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6765
Facsimile: (415) 436-7234
Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

FILED
JUL 31 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THOMAS F. KELLY,<br><br>    Defendant. | No.: 3 06 70385 MEJ<br><br>APPLICATION TO UNSEAL COMPLAINT AND RELATED PAPERS AND ~~PROPOSED~~ ORDER |

The Court previously sealed the complaint and related papers in this case. Kelly since has been arrested, and the United States asks the Court to unseal the entire court record.

Dated:                          Respectfully submitted,

                                KEVIN V. RYAN
                                United States Attorney

DATED: 7/20/06                  _____
                                LAUREL BEELER
                                Assistant United States Attorney

For good cause shown, the Clerk of the Court is directed to unseal the complaint, any related papers, and the entire court record..

IT IS SO ORDERED.

DATED: 7/31/06                  _____
                                United States Magistrate Judge

APPLICATION AND ORDER (CR 3 06 70385 MEJ)